| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor,<br>U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT |
| JOHN S. HOLLINGSWORTH<br>*AKA* JOHN STEVEN HOLLINGSWORTH<br>xxx-xx-9429<br>Debtor. |

Case No.:    23-19553
Chapter:     13
Judge:       CMG

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the Court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter:

Motion for Relief, Document Number 44 - filed on 10/11/2024.  A proposed order shall be submitted to Chambers shortly.

Date: January 14, 2025                    By: /s/EMMANUEL J. ARGENTIERI
                                              EMMANUEL J. ARGENTIERI

*rev.8/1/15*